# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-32705 |
| | ) | **Chapter 13** |
| **Minerva H. Reynoso,** | ) | **Plan filed on 11/18/19** |
| | ) | **Confirmation Hearing 1/8/20** |
| Debtor. | ) | |
| | ) | **Honorable Jack B. Schmetterer** |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED ON 11/18/19

Now Comes Brendan Financial, Inc. ("Brendan"), as secured creditor herein, by and through its attorney, and moves this Honorable Court for an Order denying confirmation of the debtor's Chapter 13 Bankruptcy Plan filed 11/18/19 on the following grounds:

1. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on November 18, 2019, and this Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. Brendan holds a secured interest in the form of a Mortgage and Note on the debtor's principal residence located at 720 Stowell Avenue, Streamwood, Illinois 60107.

3. Debtor does not propose any payments to be made to Brendan to maintain current, post-petition mortgage payments, or alternatively, specify an intent to surrender the property.

4. The plan therefore does not comport with 11 U.S.C. § 1322(b)(2) and cannot be confirmed.

5. Sufficient grounds exist for denial of confirmation, in that Debtor's plan fails to provide for current, post-petition payments to Brendan.

1

6. Brendan has incurred attorney fees and/or costs in connection with this bankruptcy proceeding subject to court approval, including:

$400 for Objection to confirmation of the Chapter 13 plan review and attending confirmation.

$275 for Proof of Claim preparation and review.

WHEREFORE, Brendan Financial, Inc., objects to the confirmation of the Chapter 13 plan filed 11/18/19 by Minerva H. Reynoso in this matter, and prays that confirmation of the plan be denied.

Respectfully Submitted,

/s/ Scott R. Barfuss
ARDC No. 6289005
24 East Avenue
Riverside IL 60546
(708) 788-4870
Attorney for Brendan Financial, Inc.