UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: MINERVA H REYNOSO ) Case No. 19 B 32705
)
Debtor ) Chapter 13
)
) Judge: JACK B SCHMETTERER

## NOTICE OF MOTION

MINERVA H REYNOSO

720 STOWELL AVE
STREAMWOOD, IL 60107

CUTLER & ASSOC
via Clerk's ECF noticing procedures

Please take notice that on February 05, 2020 at 11:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at   55 E Monroe St., Chicago, Il 60603 or by the methods indicated on January 13, 2020.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On November 18, 2019 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend Schedule D to complete the entries for Cook County Clerk and State Farm including lisiting the PIN # for Cook County Clerk and listing its and State Farm's collateral, amend plan as follow: Part 2.3 insert tax return language, Part 3.2 either remove State Farm or complete this section and provide for secured claim Father & Sons in Part 3 instead of 5.2 and provide for secured claim of Cook County Clerk or explain why it is listed on Schedule D and explain why on Schedule J the mortgage payment is listed on line 5 instead of 4 and explain what the $800 entry on line 4 represents.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,
/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900