IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re: )  Case No.: 19-32705
    Minerva H Reynoso )
) Chapter 13
)
    Debtor(s). ) Judge Jack B. Schmetterer

## NOTICE OF MOTION

TO:  All Persons and Entities Identified on the Attached Service List

On March 4, 2020 11:00 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Jack B. Schmetterer or any other Bankruptcy Judge presiding at the 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604, and shall request that the Attorney's Application for Compensation be entered, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Skokie, Illinois, on February 12, 2020.

/s/ *David H. Cutler*
Attorney for Debtor(s)